UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

FILED
JAN 0 4 2011
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

No. 7:10-M-1069

UNITED STATES OF AMERICA )
) ORDER ALLOWING DISMISSAL OF
v. ) CRIMINAL INFORMATION AND
) WITHDRAWAL OF ARREST WARRANT
ROBERT WESLEY WILLIAMS )

Leave of court is granted for the filing of the foregoing dismissal.

1-4-2011
DATE:

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE